

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00296-CR

| | | |
|---|---|---|
| TROY ANTHONY KELLEY JR., Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1754322) |
| v. | § | June 27, 2024 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We affirm the trial court's judgment of conviction, but reverse the trial court's judgment as to punishment and remand this case to the trial court for a new trial on punishment only.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth